IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GIANNI CRUEL,<br>                **Plaintiff,**<br><br>v.<br><br>EXPERIAN, TRANSUNION, and EQUIFAX,<br>                **Defendants.** | CIVIL ACTION<br><br><br>NO.  22-5236 |

## O R D E R

**AND NOW**, this 22nd day of June, 2023, upon consideration of Defendant Equifax Information Services, LLC's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 9), joined by Trans Union, LLC (ECF No. 11) and Experian Information Solutions, Inc. (ECF No. 14); the responses thereto (ECF Nos. 16 and 18); and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that Defendants' Motion (ECF No. 9) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.  **IT IS FURTHER ORDERED** that Defendants' request for attorney's fees or other relief is **DENIED**.

The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**